

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CLAUDE BERNARD CARPENTER,**

    Plaintiff,

v.                                      Civil Action No. **3:07CV481**

**CAPT. ROBINSON,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

On August 23, 2007, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on September 21, 2007, the Court directed Plaintiff to pay an initial partial filing fee of **$33.75** or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he can not pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                           /s/
                                          Richard L. Williams
                                          **United States District Judge**

Date: OCT 2 5 2007
Richmond, Virginia